COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                          |
|------------------------|---|--------------------------|
|                        | § |                          |
|                        | § |                          |
|                        | § | No. 08-09-00132-CV       |
| IN RE:  ERIC FLORES    | § |                          |
|                        |   | AN ORIGINAL PROCEEDING   |
| Relator.               | § |                          |
|                        |   | IN MANDAMUS              |
|                        | § |                          |
|                        | § |                          |

## <u>MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS</u>

Relator has filed a *pro se* petition for writ of mandamus requesting that this Court prevent the Honorable Carlos Villa, Judge of the El Paso County Court No. Five, from dismissing his employment discrimination claims.

Mandamus will issue only to correct a clear abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992)(orig. proceeding). In addition, there must be no other adequate remedy at law available to the relator. *Id*. Based on the petition and record before us, Mr. Flores has failed to establish he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.8. Therefore, the petition is denied.

May 20, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.